IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith-Horton, Marilyn L | Case Number: 07 B 06961 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 4/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  February 5, 2008
Confirmed:  July 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,150.00 | |
| Secured: | | 100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 987.91 |
| Trustee Fee: | | 62.09 |
| Other Funds: | | 0.00 |
| Totals: | 1,150.00 | 1,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,539.00 | 987.91 |
| 2. | Robert J Semrad & Associates | Administrative | 220.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 536.00 | 100.00 |
| 5. | Washington Mutual Bank FA | Secured | 6,896.83 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,149.44 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 97.34 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 588.82 | 0.00 |
| 9. | North Light Book Club | Unsecured | | No Claim Filed |
| 10. | Jerry Baker | Unsecured | | No Claim Filed |
| 11. | K V Karachorld | Unsecured | | No Claim Filed |
| 12. | Loyola Emergency Phys | Unsecured | | No Claim Filed |
| 13. | Medical Payment Data | Unsecured | | No Claim Filed |
| 14. | St Bernard Hospital | Unsecured | | No Claim Filed |
| 15. | Richard M Young M D | Unsecured | | No Claim Filed |
| 16. | Senex Services Corp | Unsecured | | No Claim Filed |
| 17. | St Bernard Hospital | Unsecured | | No Claim Filed |
| 18. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,027.43 | $ 1,087.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 62.09 |
| | _____ |
| | $ 62.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith-Horton, Marilyn L | Case Number:  07 B 06961 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/12/08 | Filed:  4/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

